Wednesday, August 27, 2014

No. 14–5008/AF. United States, Appellant v. Joshua Katso, Appellee. CCA 38005. On consideration of the motions filed by the Defense Forensic Center, United States Army Criminal Investigation Laboratory, to file an amicus curiae brief in support of Appellant and to extend time to file a proposed amicus curiae brief in support of Appellant, it is ordered that said motions are hereby granted. The brief of amicus curiae will be filed on or before September 10, 2014.